ORIGINAL FILED
2011 SEP 27 P 1:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIA CARD SERVICES, N.A. (F.K.A. MBNA AMERICA BANK, N.A.),<br><br>Plaintiff,<br><br>v.<br><br>Brad Thurry Smith<br><br>Defendant. | CASE NO. 5:11-cv-04539-LHK<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Jason D. Anderson, whose business address and telephone number is 2001 Western Ave. #400, Seattle WA 98121, 206-269-3490

and who is an active member in good standing of the bar of Washington State Supreme Ct. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing FIA CARD SERVICES, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 4, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge